UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
J & J SPORTS PRODUCTIONS, INC.,

          Plaintiff,

- against -

MANGOS STEAKHOUSE & BAKERY, INC.
d/b/a MANGOS RESTAURANT & BAR and
GUIDO MOSQUERA

          Defendants.
---------------------------------------------------------------- x

MEMORANDUM & ORDER

13 CV 5068 (RJD) (CLP)

DEARIE, District Judge.

In her May 7, 2014 Report and Recommendation, ECF No. 17, Magistrate Judge Cheryl L. Pollak recommends that the Court grant plaintiff J & J Sports Productions, Inc.'s motion for default judgment against defendants Mangos Steakhouse & Bakery, Inc. d/b/a Mangos Restaurant & Bar and Guido Mosquera for violations of 47 U.S.C. §§ 605 and 553. The Report and Recommendation further recommends that plaintiff be awarded 1) $2,200 in statutory damages; 2) $2,200 in enhanced damages; and 3) $520 in costs—for a total of $4,920—and that we deny plaintiff's request for prejudgment interest. Defendants were served with the Report and Recommendation by mail on May 8, 2014. No objections have been filed, and the time to do so has expired.

Having considered the papers submitted in connection with plaintiff's motion and Magistrate Judge Pollak's comprehensive analysis, the Court adopts the Report and Recommendation without reservation. Accordingly, the Court grants plaintiff's motion for entry of a default judgment against defendants and awards plaintiff $4,920 in damages and costs against defendants, jointly and severally. The Clerk of the Court is directed to enter judgment accordingly.

SO ORDERED.

Dated: Brooklyn, New York

June 23, 2014

/s /Judge Raymond J. Dearie

_____
RAYMOND J. DEARIE
United States District Judge